1034

[No. 34643-1-I.   Division One.   July 3, 1995.]

DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*,
v. JAMES J. WEST, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-11034-2, Nancy A. Holman, J., entered April 25, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 34939-2-I.   Division One.   July 3, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. PAVEL M. FEDOROV, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-00897-0, Robert S. Lasnik, J., entered June 27, 1994. *Affirmed* by unpublished per curiam opinion, concurred in by Kennedy, A.C.J, and Coleman and Agid, JJ.

[No. 16115-0-II.   Division Two.   July 5, 1995.]

THE MUNICIPAL AUTHORITY OF TACOMA, *Appellant*, v. LAMB HANSON LAMB APPRAISAL ASSOCIATES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-07234-8, Frederick B. Hayes, J., entered May 8, 1992. *Affirmed in part* and *reversed in part* by unpublished opinion per Alexander, J. Pro Tem., concurred in by Houghton, A.C.J., and Morgan, J.